| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * IN THE |
| | * SUPREME COURT |
| v. | * OF MARYLAND |
| JAMES E. MCCOLLUM, JR. | * AG No. 59 |
| | ∗ September Term, 2024 |

ORDER

Upon consideration of the parties' Joint Petition for Disbarment by Consent filed in the above-captioned case on July 29, 2025, in which, pursuant to Rule 19-736(b), the parties jointly petition this Court to disbar the Respondent, James E. McCollum, Jr., it is this 31st day of July 2025,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition for Disbarment by Consent is GRANTED, and that, effective immediately, Respondent, James E. McCollum, Jr., is disbarred from the practice law in the State of Maryland for violation of Rules 19-804 (a), 19-804(b), 19-804(c), and 19-408(d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice